147 A.3d 408

**VASILAKOPOULIS**

v.

**GAMMA UTILITIES, et al.**

**Pet. Docket No. 323, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

(No. 03-C-16-001913, Circuit Court for Baltimore County).
Petition for writ of certiorari denied.

■

147 A.3d 408

**WELLS, James T.**

v.

**STATE of Maryland**

**Pet. Docket No. 362 Sept.Term 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2197, Sept. Term, 2014).

Petition for writ of certiorari denied.